THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PERRY WHITE, Appellant

The defendant's contention that the court's justification charge was erroneous is unpreserved for appellate review. In any event, the charge was proper *(see, People v Goetz,* 68 NY2d 96). Bracken, J. P., Lawrence, Kunzeman and Harwood, JJ., concur.